IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| K.D., by and through her parents, Theresa and Jonathan Dunn, **Plaintiffs** | : : : : | CIVIL ACTION |
| v. | : : | NO. 16-0165 |
| DOWNINGTOWN AREA SCHOOL DISTRICT, **Defendant** | : : : : | |

## ORDER

AND NOW, this 29th day of August, 2016, upon consideration of the plaintiffs' motion to supplement the administrative record (Document #8), and the defendant's response thereto (Document #9), IT IS HEREBY ORDERED that the motion is DENIED.

IT IS FURTHER ORDERED that:

1. The parties shall file cross-motions for judgment on the administrative record, with supporting memoranda limited to thirty pages, within thirty days of the date of this Order; responses to those motions, limited to twenty-five pages, shall be filed thirty days after the filing of the cross-motions.

3. The hearing currently scheduled for September 7, 2016 is RESCHEDULED to **Monday, December 12, 2016 at 10:00 a.m.**, in Courtroom 14B of the U.S. Courthouse at 601 Market Street, Philadelphia, PA.

BY THE COURT:

_____
LAWRENCE F. STENGEL, J.