# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **K.D., a minor, by and through her parents, THERESA DUNN and JONATHAN DUNN,** | :<br>:<br>:<br>: **CIVIL ACTION** |
| **Plaintiff,** | : |
| v. | :<br>: **NO. 16-0165** |
| **DOWNINGTOWN AREA SCHOOL DISTRICT,** | :<br>:<br>: |
| **Defendant.** | : |

# O R D E R

**AND NOW**, this 31st day of August, 2017, upon consideration of the Defendant's Motion for Judgment on the Administrative Record (Doc. No. 12), the Plaintiffs' Motion for Judgment on the Administrative Record (Doc. No. 13), Defendant's Response in Opposition to the Plaintiffs' Motion (Doc. No. 14), Plaintiffs' Response in Opposition to the Defendant's Motion (Doc. No. 15), and the parties' briefs on supplemental authority (Doc. Nos. 18, 19), **IT IS HEREBY ORDERED** that:

1. The Defendant's Motion for Judgment on the Administrative Record (Doc. No. 12) is **GRANTED**.

2. The Plaintiffs' Motion for Judgment on the Administrative Record (Doc. No. 13) is **DENIED**.

3. This case is **CLOSED**.

BY THE COURT

*/s/ Lawrence F. Stengel*
LAWRENCE F. STENGEL, C. J.